**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT**

--------------------------------------------------------x
In Re:                                    :          Chapter 7
                                          :          Case No. 03-51690
BERNARD M. BROWN,                         :
                                          :
            Debtor,                       :
--------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

PLEASE TAKE NOTICE that Jorden Burt LLP hereby appears in the above proceeding and files this Notice of Appearance and Request for Documents on behalf of Society of Lloyd's, as a Creditor of the Debtor, Bernard M. Brown, and requests that all notices, including the notices required to be sent to creditors under Rules 2002, 4001 and 9007 of the Federal Rules Bankruptcy Procedures, as well as all papers served in this case, be served upon the undersigned on behalf of Jorden Burt LLP, at the address set forth below and that the undersigned be further added to all matrices in this matter.

The foregoing request includes not only the notices and papers specified above, but also without limitation, all pleadings or papers filed with the court by any and all interested parties, including all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, no matter how transmitted or conveyed.

This Notice of Appearance and Request for Documents has been provided to the parties listed on the attached Certificate of Service.

Dated:    January 16, 2004

                                            SOCIETY OF LLOYD'S

                                            By _____
                                               Philip J. Walsh (ct12777)
                                               JORDEN BURT LLP
                                               175 Powder Forest Drive, Suite 201
                                               Simsbury, CT 06089
                                               Tel: (860) 392-5022
                                               Fax: (860) 392-5058
                                               Its Attorneys

## CERTIFICATION

This is to certify that a copy of the foregoing Notice of Appearance and Request for Documents was sent via first class mail, postage prepaid, this 16th day of January, 2004, to the counsel of record listed below.

Richard M. Coan, Trustee
Coan, Lewendon, Gulliver & Miltenberger
495 Orange Street
New Haven, CT 06511

Stephen M. Kindseth, Esq.
Zeisler & Zeisler
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605

U.S. Trustee
One Center Tower
265 Church Street
Suite 1103
New Haven, CT 06510

                                            _____
                                            Philip J. Walsh